IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRI A. BRENNAN, on Behalf of Herself and All Others Similarly Situated | : : : : | CIVIL ACTION |
| v. | : : | |
| RITE AID CORP. | : | NO. 08-cv-02970-JF |

<u>ORDER</u>

AND NOW, this 7th day of October 2009, upon consideration of Defendant's Motion to Dismiss and Strike Class Allegations, IT IS ORDERED:

    1.  The class allegations are deemed stricken from Plaintiff's Second Amended Complaint pursuant to Federal Rule of Civil Procedure 23(d)(1)(D).

    2. The motion to dismiss is GRANTED.  Plaintiff's Second Amended Class Action Complaint is DISMISSED without prejudice for lack of subject matter jurisdiction in this Court.

    BY THE COURT:


    /s/ John P. Fullam
    John P. Fullam, Sr. J.